**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN GEORGE STAMOS, JR.,                 No. C-11-2927 TEH (PR)

12            Plaintiff,

13        v.                                  ORDER OF TRANSFER

14   R. J. RACKLEY, et al.,

15            Defendants.

16   _____/

17

18        Plaintiff, a prisoner presently incarcerated at Salinas

19   Valley State Prison in Soledad, California, has filed a pro se civil

20   rights Complaint under 42 U.S.C. § 1983 alleging that prison

21   officials at Deuel Vocational Institution in Tracy, California

22   violated his constitutional rights when he was incarcerated at that

23   facility.  Doc. #1.  Deuel Vocational Institution is located within

24   San Joaquin County.

25        A substantial part of the events or omissions giving rise

26   to the claim(s) occurred in San Joaquin County, which lies within

27   the venue of the Eastern District of California.  See 28 U.S.C. §

28   84(b).  Venue therefore properly lies in the Eastern District.  See

1  id. § 1391(b).

2      Accordingly, in the interest of justice and pursuant to 28

3  U.S.C. § 1406(a), IT IS ORDERED that this action be TRANSFERRED to

4  the United States District Court for the Eastern District of

5  California.  In light of the transfer, this Court will not

6  resolve Plaintiff's pending motions (Docs. ## 2 and 12).

7      The Clerk shall transfer this matter, terminate all

8  pending motions as moot, and close the file.

9      IT IS SO ORDERED.

10

11 DATED     08/16/2011

12                              THELTON E. HENDERSON
                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25 G:\PRO-SE\TEH\CR.11\Stamos-11-2927-transfer-caed.wpd

26

27

28                              **2**